1  McGREGOR W. SCOTT
   United States Attorney
2  E. ROBERT WRIGHT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2799

5  Attorneys for the United States

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,      )  Case No. CV-F-03-6065 REC LJO
                                    )
12 |         Plaintiff,              )  STIPULATION AND ORDER
                                    )  AMENDING LITIGATION SCHEDULE
13 |     v.                          )
                                    )
14 | 43.77 ACRES OF LAND MORE OR LESS )
   | IN THE COUNTY OF FRESNO;       )
15 | DONALD DEVINE, et al.,         )
                                    )
16 |         Defendants.             )
   |_____)

   Plaintiffs and Defendants pursuant to Fed. R. Civ. P. 16(b) and Local Rule 83-143 hereby stipulate to an Order to modify the Litigation Schedule as Ordered July 26, 2005, as follows:

| **ITEM** | **NEW DATE DUE** |
|---|---|
| All items not addressed herein and already completed, to remain the same | |
| Expert Discovery Cut-0ff (9/23/05) | 2/24/06 |
| Dispositive and Non-Dispositive Motions filed (9/30/05) | 3/10/06 |
| Hearing on Motions (10/31/05) | 4/24/06 |
| Settlement Conference (10/21/05, LJO) | 6/1/06 |
| Pre-Trial Conference (10/31/05, LJO) | 6/6/06 |
| Trial (11/29/05, REC, Jury, 7-10 days) | 7/11/06 |

1

1    In support of this Stipulation showing good cause, the parties through Counsel advise the
2 Court of the following:
3    The legal and factual issues in this condemnation action appear very similar to the issues
4 in another pending condemnation action, *United States of America v. 87.98 Acres of Land etc. et*
5 *al, CV-F-03-6064 REC LJO*.   Plaintiff United States has filed four motions in that case for
6 partial summary adjudication and/or motions in limine set for hearing on September 26, 2005.
7 Depending on the rulings on those motions, they could sharply narrow the issues for trial and
8 could preclude designated expert witnesses from testifying.  That case is set for trial to
9 commence November 8, 2005.  It is anticipated that because one of the parties (the plaintiff) is
10 the same in both cases, the condemnations both pertain to the same transmission line project, and
11 because of the similarity of issues, that both cases will be presided over by the same judge.  In
12 addition, the parties are using the same expert witnesses in each case.  Plaintiff will be filing very
13 similar pre-trial motions in this case, to the ones it has filed in *87.98 Acres*.  Counsel anticipate
14 that the judge presiding over these cases will make similar rulings on pre-trial motions and issues
15 at trial to the rulings that will have been made in *87.98 Acres*.  Obtaining the results from the pre-
16 trial and trial rulings in *87.98 Acres* will serve the purposes of efficiency and economy for the
17 parties and the court in this cases, by allowing the parties in this case to conclude discovery and
18 prepare for pre-trial motions and trial having the benefit of being able to analyze the results of the
19 rulings and outcome in *87.98 Acres*.  The parties and the court will also have the benefit of
20 conducting a meaningful settlement conference having the knowledge obtained from the rulings
21 in *87.98 Acres.*

                                                      Respectfully submitted,

Dated: August 22, 2005                                McGREGOR W. SCOTT
                                                      United States Attorney


                                              By:     /s/ E. Robert Wright
                                                      E. ROBERT WRIGHT
                                                      Assistant U.S. Attorney

1

2   Dated: August 22, 2005                             /s/ Matthew O. Pacher
                                                     Matthew O. Pacher
3                                                    Damrell, Nelson, Schrimp, Pallios,
                                                     Pacher & Silva
4                                                    Attorneys for Defendant

5
    IT IS SO ORDERED.
6
    **Dated:   August 24, 2005**                      /s/ Lawrence J. O'Neill
7   b9ed48                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28