Roger M. Schrimp, SBN #039378
Matthew O. Pacher, SBN #109378
DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354
Telephone (209) 526-3500
Facsimile (209) 526-3534

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>43.77 ACRES OF LAND MORE OR LESS IN THE COUNTY OF FRESNO; DONALD DEVINE; et al.,<br><br>　　　　　Defendants | Case No.: No. CV-F-03-6065-REC-LJO<br><br>STIPULATION AND ORDER AMENDING LITIGATION SCHEDULE |

On or about August 24, 2005 the Court signed a Stipulation and Order Amending Litigation Schedule (the "Amended Litigation Schedule").

Because of unavoidable expert witness delays in the discovery process, the parties desire to amend the litigation schedule to allow more time for expert discovery. The parties therefore propose the following schedule and respectfully request that the Court approve it.

Plaintiffs and Defendants pursuant to Fed. R. Civ. P. 16(b) and Local Rule 83-143 hereby stipulate to an Order to Modify the Litigation Schedule as Ordered August 24, 2005, as follows:

**ITEM** (prior Amended Litigation Schedule deadlines are in parentheses;     **DATE DUE**

scheduled events which are not being amended are underlined)

Expert Discovery Cut-off  (2/24/06)

3/31/06

Dispositive and Non-Dispositive Motions to be filed (3/10/06)

4/17/06

Hearing on Motions (4/24/06)

5/22/06

Settlement Conference (6/01/06, LJO)

6/01/06

Pre-Trial Conference (6/06/06, LJO)

6/06/06

Trial Date (7/11/06, REC, Jury, 7-10 days)

7/11/06

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  January 13, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
|  | By:   (As auth. 1/13/06)  /s/ Brian W. Enos<br>Brian W. Enos<br>Assistant U.S. Attorney |

Dated:  January 13, 2006                             /s/ Matthew O. Pacher
                                                     Matthew O. Pacher
                                                     Damrell, Nelson, Schrimp, Pallios,
                                                     Pacher & Silva


        IT IS SO ORDERED.

**Dated:     January 17, 2006**                          /s/ Lawrence J. O'Neill
66h44d                                               UNITED STATES MAGISTRATE JUDGE