# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | OLD NUMBER:  CV F 03-6065 REC LJO |
| Plaintiff, | NEW NUMBER: CV F 03-6065 AWI LJO |
| v. | |
| 43.77 ACRES OF LAND MORE OR LESS IN THE COUNTY OF FRESNO, et al., | ORDER RELATING ACTION AND REASSIGNING DISTRICT COURT JUDGE |
| Defendant. | |

The court finds that the above-captioned action is similar to <u>United States v. 87.98 Acres of Land More or Less in the County of Merced, et al.</u>, CV F 03-6064 AWI LJO in that both cases appear to involve similar questions of fact and law and assignment to the same judge is likely to effect a substantial savings of judicial effort.  <u>See</u> Local Rule 83-123.  Therefore, IT IS HEREBY ORDERED THAT the above-captioned action, being the higher numbered case, is reassigned to the same judge as the lower numbered case.  IT IS FURTHER ORDERED THAT all future pleadings filed in the above-captioned action shall include the new case number, CV F 03-6065 AWI LJO.

IT IS SO ORDERED.

Dated:     **January 18, 2006**          /s/ Anthony W. Ishii
0m8i78                                             UNITED STATES DISTRICT JUDGE