McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
BRIAN W. ENOS
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone:  (559) 497-4058
Facsimile:  (559) 497-4099

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>43.77 ACRES OF LAND MORE OR     )<br>LESS IN THE COUNTY OF FRESNO;   )<br>DONALD DEVINE; et al.,          )<br>                                 )<br>            Defendants.          )<br>                                 )<br>_____ ) | 1:03-cv-6065 AWI LJO<br><br>**STIPULATION AND ORDER AMENDING LITIGATION SCHEDULE** |

The present action is a condemnation action relating to the value of easement interests taken from property underlying a powerline recently constructed by the Department of Energy's Western Area Power Administration and commonly known as Path 15. The parties to this action include the United States, as well as those landowners who dispute the issue of just compensation due to them pursuant to the taking ("the parties").  As specifically set forth below, the parties stipulate to the following modified litigation schedule, and respectfully ask the court to endorse this stipulation by way of written order.  Significantly, the

1  parties do not request to modify this action's present trial date
2  of January 16, 2006.
3      The parties base their stipulation on good cause.
4  Specifically, expert depositions were recently concluded, and the
5  parties await receipt of all deposition transcripts and the
6  witnesses' corrections to the same.  The transcripts need to be
7  analyzed prior to the parties determining the scope of
8  appropriate pretrial motions.  In addition, the settlement
9  conference needs to be moved to a date after the Court has heard
10 and ruled on pretrial motions so its effectiveness is maximized.
11 Further, the undersigned counsel for the United States expects to
12 be in trial in October, and during the present briefing schedule.

|  | Old Date | **New Date** |
|---|---|---|
| Pretrial Motions Filing Deadline | September 22, 2006 | **October 13, 2006** |
| Pretrial Motions Hearing Date | October 23, 2006 | **November 13, 2006**[1] |
| Settlement Conference | October 11, 2006 (LJO) | **November 29, 2006 (LJO)** |
| Pretrial Conference: | November 8, 2006 | **November 29, 2006 (AWI)** |

                    Respectfully submitted,

Dated: September 13, 2006.              September 13, 2006

DAMRELL, NELSON, SCHRIMP,              McGREGOR W. SCOTT
PALLIOS, PACHER & SILVA                United States Attorney

(As auth. 9/13/06)
/s/ Matthew O. Pacher                  /s/ Brian W. Enos
MATTHEW O. PACHER                      BRIAN W. ENOS
Attorneys for                          Attorneys for
Landowner Defendants                   United States of America

---

[1] These motions include the United States' motion for a jury site visit, filed on or about March 13, 2006.

IT IS SO ORDERED.

**Dated:**   **September 14, 2006**                                       /s/ Lawrence J. O'Neill
66h44d                                                                                 UNITED STATES MAGISTRATE JUDGE