UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>43.77 ACRES OF LAND MORE OR LESS IN THE COUNTY OF FRESNO; DONALD DEVINE, et al.,<br><br>    Defendants. | NO. Civ. F. 03-6065 AWI LJO<br><br>ORDER REQUESTING ADDITIONAL BRIEFING, RESETTING HEARING DATE, AND RESETTING TRIAL DATE |

    The parties have filed nine motions in limine; a hearing on the motions is currently set for November 13, 2006. The court finds that supplemental briefing would be beneficial. These are the first substantive motions in this case. While the parties have jumped straight into the argument, the court would appreciate a more detailed factual summary for a better overview of the case.

    A few issues in particular call for attention. While the formal taking covers only a small acreage, the parties appear to disagree as to which nearby properties should be considered in calculating severance damages. From the various papers filed, the court gathers that Defendants refer to the affected properties as Domengine Ranch, the Wood Property, and Doble D Farms. The Government refers to the Harris Property and the Wood Property. Review of the actual descriptions of these parcels show that they do not match up. The parties should provide specific description and argument as to which parcels are to be considered by the jury. Maps outlining

1  the parcels would be extremely helpful.  There are several defendants.  It is not clear which
2  defendants own which of these properties and what the relevant relationship is between the
3  defendants.  Further, the relationship with Harris Ranch Inn is unclear.  The parties have not
4  stated if the defendants should be legally treated as one entity.
5      The trial in this case is scheduled to begin on Tuesday, January 16, 2007.  Monday,
6  January 15, 2007 is a holiday which means that law and motion calendar will be scheduled for
7  that Tuesday.  Consequently, the trial will have to be delayed until Wednesday, January 17, 2007.
8  The hearing on November 13, 2006 is VACATED and reset for Monday, November 27, 2006 at
9  1:30 PM.  The parties may file a supplemental brief addressing the issues cited above by
10 Wednesday, November 15, 2006 at 4 PM.

12   IT IS SO ORDERED.
13 **Dated:    November 7, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                                      UNITED STATES DISTRICT JUDGE