UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>43.77 ACRES OF LAND MORE OR LESS IN THE COUNTY OF FRESNO; DONALD DEVINE, et al.,<br><br>   Defendants. | NO. Civ. F. 03-6065 AWI LJO<br><br>ORDER RESETTING DEADLINE FOR ADDITIONAL FILINGS |

  The court had previously set a deadline of 4 PM, Wednesday, November 15, 2006 for the filing of additional briefing regarding the motions in limine.  As parties have expressed a desire for additional time to prepare maps and exhibits, the deadline is extended to 4 PM, Friday, November 17, 2006.

IT IS SO ORDERED.

Dated: __November 15, 2006__      __/s/ Anthony W. Ishii__
ciem0h                 UNITED STATES DISTRICT JUDGE

1