McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
BRIAN W. ENOS
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4058
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>    v.            )<br>)<br>43.77 ACRES OF LAND MORE OR )<br>LESS IN THE COUNTY OF FRESNO; )<br>DONALD DEVINE; et al.,     )<br>)<br>        Defendants.  )<br>)<br>_____) | 1:03-cv-6065 AWI LJO<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE** |

This action's pretrial conference is presently scheduled to take place on Tuesday, November 29, 2006. Pursuant to Local Rule 16-281(a)(2), the parties' Joint Pretrial Statement must therefore be filed no later than Tuesday, November 22, 2006.

On November 8, 2006, the Court issued an order continuing hearings on eight pretrial motions from November 13, 2006 until November 27, 2006. As a result, the parties' Joint Pretrial Statement must be filed before the Court hears any of the eight pending pretrial motions. Seven of these motions substantively challenge the extent certain evidence should be admissible at trial. Accordingly, the parties now face a Joint Pretrial

1  Statement filing deadline before the Court addresses many
2  significant issues that will affect the ultimate scope of the
3  evidence to be admitted at trial.
4       Based on the above, the parties stipulate to continue this
5  case's pretrial conference from November 29, 2006 until December
6  11, 2006.  This extension will provide the parties a full week
7  after the above hearings (or, until December 4, 2006) by which to
8  file their Joint Pretrial Statement.  The above reasons provide
   good cause for this stipulation, and the parties respectfully
9  request the Court to endorse it by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Pretrial Conference: | November 29, 2006 | **December 11, 2006 (AWI) @3:00 p.m.** |

Respectfully submitted,

Dated: November 15, 2006.            November 15, 2006

DAMRELL, NELSON, SCHRIMP,            McGREGOR W. SCOTT
PALLIOS, PACHER & SILVA              United States Attorney

(As auth. 11/14/06)
/s/ Matthew O. Pacher                /s/ Brian W. Enos
MATTHEW O. PACHER                    BRIAN W. ENOS
Attorneys for                        Attorneys for
Landowner Defendants                 United States of America


IT IS SO ORDERED.

**Dated:   November 22, 2006**          **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE