# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                         )<br>          Plaintiff,                               )<br>                                                         )<br>     v.                                                )<br>                                                         )<br>43.77 ACRES OF LAND MORE OR  )<br>LESS IN THE COUNTY OF              )<br>FRESNO; DONALD DEVINE, et al.,  )<br>                                                         )<br>          Defendants.                         )<br>_____) | NO. Civ. F. 03-6065 AWI LJO<br><br>ORDER VACATING HEARING OF<br>DECEMBER 22, 2006 |

There is a telephonic hearing set for 10 AM, Friday, December 22, 2006 on the Government's objection to certain of Defendants' witnesses.  Defendants filed a notice that two of the witnesses objected to would not be called at trial. Doc. 120.  The Government has represented that the parties have come to an agreement on the remaining witness and has asked to vacate the hearing. Doc. 122.  Accordingly, it is ORDERED that the previously scheduled hearing on Devember 22, 2006 is VACATED.

IT IS SO ORDERED.

Dated:     December 18, 2006                          /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE

1