McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
BRIAN W. ENOS
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:     (559) 497-4058
Facsimile:      (559) 497-4099
e-mail:  Brian.Enos@usdoj.gov

Attorneys for the United States

Roger Martin Schrimp  (SBN 39379)
Matthew O. Pacher  (SBN 109378)
DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA
1601 I St 5FL
Modesto, CA 95354
Phone Number:  (209) 526-3500
Fax Number:  (209) 526-3534
e-mail:  mpacher@damrell.com

Norman E. Matteoni (SBN 34724)
Peggy M. O'Laughlin (SBN 123284)
Matteoni, O'Laughlin & Hechtman
848 The Alameda
San Jose, CA 95126
Phone Number:  (408) 293-4300
Fax Number: (408) 293-4004
jesse@matteoni.com

Attorneys for Defendants David E. Wood, John Harris, Donald Devine, and Double D Farms

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CV F 1:03-CV-6065 AWI LJO |
| ) | |
| **Plaintiff**, ) | FINAL JUDGMENT |
| v. ) | AND ORDER TO CLERK |
| ) | TO DISBURSE FUNDS |
| **43.77 ACRES OF LAND MORE OR** ) | |
| **LESS IN THE COUNTY OF FRESNO,** ) | |
| **et. al.,** ) | |
| ) | |
| **Defendants** ) | |
| _____ ) | |

   This case is before the court for entry of Final Judgment based on the jury verdict

returned February 14, 2007, determining the sum of $3,372,523.00 to be just compensation for the taking of the subject property (as described in the Declarations of Taking filed herein) from defendants John Harris, David Wood, Donald Devine and Double D Farms (collectively, "Defendants").

          THE COURT FINDS AS FOLLOWS:

1. This case is a consolidation of five condemnation actions as follows:

    a. Case No. CIV-F-03-6065
       43.77 Acres of Land
       Filing Date: August 7, 2003

    b. Case No. CIV-F-03-6076
       20.09 Acres of Land
       Filing Date: August 11, 2003

    c. Case No. CIV-F-03-6086
       0.92 Acre of Land
       Filing Date: August 12, 2003

    d. Case No. CIV-F-03-6068
       135.02 Acres of Land
       Filing Date: August 8, 2003

    e. Case No. CIV-F-03-6067
       52.26 Acres of Land
       Filing Date: August 8, 2003

2. The estates acquired in this action are easement interests for the construction of electric transmission lines and associated access roads, which easements for the property known as the Domengine Property (Case Nos. CIV-F-03-6068 and 6086), comprise approximately 135.94 acres of land within 12,530 acres of land owned in fee simple by defendants John Harris and David E. Wood, which for the property known as the Wood Property (Case No. CIV-F-03-6067) comprise approximately 52.26 acres of land within 2,447 acres of land owned in fee simple by David E. Wood, and which for the property known as Double D Farms (Case Nos. CIV-F-03-6065 and -6076) comprise approximately 63.86 acres of land within 1,391 acres of land owned in fee simple by defendants, Double D Farms, David E. Wood, and Donald Devine; and said easement interests are collectively referred to as the "subject property."

The condemned easement interests are more particularly set forth in the five Declarations of Taking identified above in paragraph 1. Said interests are adopted herein by reference.

3. Plaintiff, United States of America, Department of Energy, Western Area Power Administration (the "United States") deposited with the Court on the dates shown below, the following sums of money as estimated just compensation for the taking of the subject property:

a. For Domengine: The sum of $48,230 ($47,930 deposited on August 8, 2003 and $300 deposited on August 12, 2003).

b. For Wood: The sum of $22,150 deposited on August 8, 2003.

c. For Double D Farms: The sum of $86,360 ($76,960 deposited on August 8, 2003 and $9,400 deposited on August 11, 2003).

4. The use for which the subject property is taken and condemned by the United States is one authorized by law and is a public use, as described in the Declarations of Taking.

5. All parties having or claiming an interest in the subject property have been properly served with process or by publication, or have appeared in this action, and the property is properly before the court in rem.

6. Title to the subject property vested in the United States of America upon the filing of the aforementioned Declarations of Taking and the deposits of estimated just compensation into the Registry of the Court as set forth above in Paragraph 2. Simultaneously, the right to just compensation for the estate taken vested in the persons entitled thereto, and the Court finds that the only parties entitled to compensation are defendants John Harris, David E. Wood, Donald Devine and Double D Farms, who are the owners of the land over which the subject easements were taken.

7. On August 11, 2004 and on September 3, 2004, pursuant to the Court's Orders, the Clerk of the Court distributed to the defendants in five disbursement checks all of the

funds deposited as described in paragraph 2 above, totaling $156,740.

8. The sum of $3,372,523.00 as found by the jury is just compensation for the taking of the subject property, exclusive of statutory interest, and this sum together with the interest due pursuant to 40 U.S.C. 3116 constitutes full satisfaction of any and all claims of whatsoever nature against the United States by reason of institution and prosecution of this action and the taking of the subject property.

9. The United States shall deposit with the Clerk of the Court the amount of $3,570,154.93 by April 13, 2007.  This sum comprises the following components: (a) the deficiency of $3,215,783.00, which comprises the amount comprising the difference between the $156,740 withdrawn by defendants prior to trial and the jury verdict of $3,372,523.00, (b) $326,413.03, which comprises the total amount of pre-judgment interest pursuant to 40 U.S.C. 3116 and as stipulated and agreed by the parties, and (c) $27,958.90, which comprises the total amount of post-judgment interest pursuant to 40 U.S.C. 3116, as stipulated and agreed by the parties, and contemplating the time period commencing with the date of the verdict (February 14, 2007) through the expected date of deposit (April 13, 2007), and which further reflects the total amount of post-judgment interest accrued on behalf of Domengine ($15,225), Wood ($3,887.16) and Double D Farms ($8,846.74).  In the event the United States does not make its requisite deposit of $3,570,154.93 with the Court by April 13, 2007 it shall promptly pay this amount with the Court with the additional monies owed according to the daily post-judgment rate pursuant to 40 U.S.C. 3116, and as further stipulated and agreed by the parties on page 5, lines 9-11 of this judgment, for every day past April 13, 2007 until the United States' date of payment into the Court.

The Court shall maintain continuing jurisdiction over this case until the requisite monies are deposited by the United States with the Clerk of the Court.

10. The said just compensation shall be subject to any and all liens, encumbrances, and charges of whatsoever nature, existing against the land when title thereto was

vested in the United States, and any such liens, encumbrances, and charges of whatsoever nature, shall be payable and deductible from said sum.

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that the sum of $3,372,523.00 is the full, fair and just compensation for the taking by the United States of the subject property, exclusive of interest to be awarded in this case; and

The United States will be deemed to have satisfied its payment obligations in this case when it has paid into the Registry of the Court: (a) the deficiency of $3,215,783.00 exclusive of interest to be awarded in this case; (b) pre-judgment interest, pursuant to 40 U.S.C. 3116 and as calculated and stipulated by the parties, the amount of $326,413.03 (which amount is the total of Domengine's accrued interest of $177,662.20, Wood's accrued interest of $45,362.73, and Double D Farm's accrued interest of $103,388.10), plus (c) an additional interest payment at the following daily rates from February 14, 2007 until date of payment into the Registry of the Court as follows:

1. For Domengine: the daily rate of $262.50/day.
2. For Wood: the daily rate of $67.02/day.
3. For Double D: the daily rate of $152.53/day.

Upon the deposit of said deficiency, together with all accrued interest, into the Registry of the Court, the Clerk of the Court without further order of this Court shall draw three checks for the full amount deposited, payable as follows and deliver all checks to:

> Double D Farms
> 25366 West Dorris Avenue
> Coalinga, CA  93210

1. For Domengine: Payee is "Harris and Wood," in the amount of $1,977,020.20, plus the daily rate of $262.50 from February 14, 2007 until date of payment (of the deficiency and the interest) into the Registry of the Court.
2. For the Wood Property: Payee is "David E. Wood," in the amount of $514,634.73, plus the daily rate of $67.02 from February 14, 2007 until date of payment (of the deficiency and the

1  interest) into the Registry of the Court.

2  3.     For the Double D Farms: Payee is "Double D Farms," in the amount of $1,207,281.10, plus the daily rate of $152.53 from February 14, 2007 until date of payment (of the deficiency and the interest) into the Registry of the Court.

IT IS SO ORDERED.

**Dated:    April 2, 2007**                             **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE